IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISMAEL H. PADILLA, ID # 356764, )<br>Petitioner, )<br>vs. )<br> )<br>THE STATE OF TEXAS, )<br>Respondent. ) | No. 3:22-CV-1695-M (BH) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, this administratively closed case shall be **RE-OPENED**. The petitioner's *"Motion of Request to Obtain Leave of Court and to Proceed In Forma Pauperis, Injunctive Relief and Notify the Court Sanctions are Not Owed to U.S. Dist. Court or 5th Cir. Ct. Of Appeals"*, received August 19, 2022 (doc. 5), is **DENIED**, and by separate judgment, the case will be **DISMISSED**.

SIGNED this 19 day of September, 2022.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE